THE HAGAN CORPORATION, Respondent, *v.* THE TRAVELERS INSURANCE COMPANY, Appellant. (Actions Nos. 1 and 2.)

THE HAGAN CORPORATION, Respondent, *v.* THE TRAVELERS INDEMNITY COMPANY, Appellant. (Action No. 3.)

(Argued April 19, 1934; decided May 22, 1934.)

*William B. Crowell* and *William J. Moran* for appellants.

*Otho S. Bowling* and *Robert H. Elder* for respondent.

In each case, judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.